**AFFIRM and Opinion Filed December 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01436-CR

**RAYMOND CRAIG FREEMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-41797-I**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Evans

Raymond Craig Freeman entered an open guilty plea to the offense of burglary of a habitation, enhanced by a prior conviction for burglary of a building. The trial court found appellant guilty, found the enhancement paragraph true, and assessed punishment at fifteen years' imprisonment.

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See Murphy v. State*, 111 S.W.3d 846, 849 (Tex. App.—Dallas 2003, no pet.). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

Counsel delivered a copy of the brief to appellant, and by letter dated August 19, 2019, we advised appellant of his right to file a pro se response by September 30, 2019. We advised appellant

that failure to file a pro se response by that date would result in the case being submitted on the *Anders* brief alone. Appellant did not file a response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Therefore, we affirm the trial court's judgment.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181436F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAYMOND CRAIG FREEMAN,
Appellant

No. 05-18-01436-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F16-41797-I.
Opinion delivered by Justice Evans.
Justices Molberg and Reichek participating.

Based on this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered December 13, 2019